-----------------------------------------------------------X

Jamie FAVARO et. al

            Plaintiffs,   **08 Civ. 01855 (SAS)**

  -against-

THE CITY OF NEW YORK, et. al

            Defendants.

-----------------------------------------------------------X

## AFFIDAVIT OF SERVICE

Robert Quackenbush, being duly sworn, deposes and says:
I am over 18 years of age and am not a party to this action.
That on 3/17/2008, at approximately 5:05 a.m./**p.m.** at 100 Church Street NY NY 10007, I served an **Amended Complaint and a Summons** upon The City of New York, defendant therein named, by delivering and leaving a true copy of the **Amended Complaint and a Summons** with a person of suitable age and discretion, to wit _____.
Declarant describes person served as aforesaid to the best of declarant's ability at the time and circumstances of service as follows:\

Sex: F   Race: Bl   Hair: Bl   Approx. Age: 30
Approx. Ht.: 5'8"   Approx. Wt.: 100 lbs.

Dated: New York, New York
    March 17, 2008

        By: *Robert Quackenbush*

Sworn to before me on
the 17th day of March, 2008

*[signature]*
Notary Public

Bruce A. Yerman
Notary Public, State of New York
No. XXYE0061540
Qualified in [illegible] County
Commission Expires 12/20/2009

NYSDC 114 733 119