------------------------------------------------------------X

Jamie FAVARO et. al

                                        Plaintiffs,        **08 Civ. 01855 (SAS)**

            -against-

THE CITY OF NEW YORK, et. al

                                        Defendants.

------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

Robert Quackenbush being duly sworn, deposes and says:
I am over 18 years of age and am not a party to this action.
That on __3/17/2008__, at approximately __5:05__ a.m. (p.m.) at
__100 Church Street New York NY 10007__, I served an
**Amended Complaint and a Summons** upon __Raymond Kelly__,
defendant therein named, by delivering and leaving a true copy of the **Amended Complaint and a Summons** with a person of suitable age and discretion, to wit _____.
Declarant describes person served as aforesaid to the best of declarant's ability at the time and circumstances of service as follows:\

Sex: __F__    Race: __Bl__    Hair: __Bl__    Approx. Age: __30__
Approx. Ht.: __5'8"__         Approx. Wt.: __100 lbs.__

Dated:        New York, New York
              March __17__, 2008

                        By: _Robert Quackenbush_

Sworn to before me on
the __17th__ day of March, 2008

        _Notary Public_

Bruce A. Yerman
Notary Public, State of New York
No. YE5051510
Qualified in Nassau County
Commission Expires 12/20/2009

NYSBL 119 733 119