-----------------------------------------------------X

Jamie FAVARO et. al

                                        Plaintiffs,       **08 Civ. 01855 (SAS)**

        -against-

THE CITY OF NEW YORK, et. al

                                        Defendants.

-----------------------------------------------------X

## AFFIDAVIT OF SERVICE

Robert Quackenbush, being duly sworn, deposes and says:
I am over 18 years of age and am not a party to this action.
That on 3/17/2008, at approximately 5:05 a.m./**p.m.** at 100 Church Street, New York NY 10007, I served an **Amended Complaint and a Summons** upon The New York Police Department defendant therein named, by delivering and leaving a true copy of the **Amended Complaint and a Summons** with a person of suitable age and discretion, to wit _____.
Declarant describes person served as aforesaid to the best of declarant's ability at the time and circumstances of service as follows:\

Sex: F    Race: Bl    Hair: Bl    Approx. Age: 30
Approx. Ht.: 5'8"    Approx. Wt.: 100 lbs

Dated:    New York, New York
             March 17, 2008

                         By: _Robert Quackenbush_

Sworn to before me on
the 17th day of March, 2008

_Notary Public_

Bruce A. Yerman
Notary Public, State of New York
No. _____
_____ County
Commission Expires 12/20/2009

NYSBC 1147371,9