UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

JAMIE FAVARO, et. al.,

                                Plaintiff,

-against-

THE CITY OF NEW YORK, et. al.,

                                Defendants.

------------------------------------------------------------------------ x

**NOTICE OF APPEARANCE**

08-CV-1855 (SAS)

        **PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for defendants City of New York, Police Commissioner Raymond Kelly and the New York City Police Department and requests that all future papers in this action be served upon the undersigned at the address stated below.

Dated:        New York, New York
                 March 28, 2008

                                              MICHAEL A. CARDOZO
                                              Corporation Counsel of the
                                                City of New York
                                              *Attorney for Defendants City of New York, Police Commissioner Raymond Kelly and the New York City Police Department*
                                                100 Church Street
                                                New York, New York 10007
                                                (212) 442-8248

                                    By:           /s/
                                                MARK D. ZUCKERMAN

TO:    David Rainkin, Esq.
         *Attorney for Plaintiff*
         350 Broadway, Ste. 700
         New York, New York 10013
         (212) 226-4507