```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/9/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

Jamie FAVARO,      Barbara ROSS,      Philipp
RASSMANN, Marilyn HORAN,   Peter MEITZLER,
and Michael GREEN,

                              Plaintiffs,

              -against-

THE CITY OF NEW YORK, Raymond KELLY,
POLICE COMISSIONER OF THE NEW YORK
CITY POLICE DEPARTMENT, NEW YORK CITY
POLICE DEPARTMENT, P.O. JOHN and JANE
DOE individually and in their official capacities,  (the
names John and Jane Doe being fictitious, as the true
names  and number are presently unknown),

                              Defendants.

----------------------------------------------------------------X

**SCHEDULING ORDER**

**08 Civ. 01855 (SAS)**

Conference Date:

April 9, 2008

       WHEREAS, the Court issued an Order for a Conference in accordance with Fed.

R. Civ. P. 16(b) on March 13, 2008 (the "Order"); and

       WHEREAS, the Order requires that the parties jointly prepare and sign a

proposed scheduling order containing certain information;

       NOW, THEREFORE, the parties hereby submit the following information as

required by the Order:

1)    The date of the Conference is April 9, 2008 and the appearances for the parties are

       as follows:

| | |
|---|---|
| David B. Rankin (DR 0863) | Mark D. Zuckerman (MZ 6844 ) |
| Attorney for Plaintiffs | Attorney for Defendants |
| 350 Broadway, Suite 700 | 100 Church Street |
| New York, NY 10013 | New York, NY 10007 |

Page 1 of 4

2)    A concise statement of the issues as they then appear:

Plaintiffs alleged their bicycles were seized in violation of the 1st, 5th, and

14th, Amendments.  Defendants deny these allegations.

3)    The case schedule:

a)  The names of persons to be deposed and schedule of planned depositions;
Plaintiffs:



Jamie FAVARO

Barbara ROSS

Philipp RASSMANN

Marilyn HORAN

Peter MEITZLER

Michael GREEN
    — other Critical Mess bike riders to be determined
Defendants:

to be
scheduled
following
written
discovery
responses
or said
further below

Defendant, members of the New York City Police Department, with the
request knowledge have yet to be identified.

b)   A schedule for the production of documents:
    Initial Disclosures:  June 6, 2008
i)   Demands for Production and Interrogatories:    June 21, 2008

ii)  Response to demands for production and interrogatories:    July 21, 2008

iii) Close of depositions:    October 21, 2008

c)  Date by which (i) each expert's reports will be supplied to the adverse side and
    (ii) each expert's deposition will be completed:

At this time, neither party is contemplating expert witnesses.  However, we wish to

reserve the right to revisit this issue.

d)   Time when discovery is to be completed;    Oct 21, 2008

December 15, 2008

e)  The date by which plaintiff will supply its pretrial order matters to defendant;

Fifteen (15) days after dispositive motions are decided.

f)  The date by which the parties will submit a pre-trial order in a form conforming with the Court's instructions together with trial briefs and either (1) proposed findings of fact and conclusions of law for a non-jury trial, or (2) proposed voir dire questions and proposed jury instructions, for a jury trial; and

Fifteen (15) days after the events detailed in ¶ (e).

g)  A space for the date for final pre-trial conference pursuant to Fed. R. Civ. P. 16 (d) to be filled in by the Court at the Conference.

_Oct 30 at 4³⁰_

4)  A statement of any limitations to be placed on discovery, including any protective or confidentiality orders;

Plaintiff, to the extent applicable, will request a confidentiality order on any

psychological records provided to the defendants.

5)  A statement of those discovery issues, if any, on which counsel, after a good faith effort, were unable to reach an agreement;

No issues have arisen.

6)  Anticipated field of expert testimony, if any;

None are anticipated.

7)  Anticipated length of trial and whether to a court or a jury;

Trial is anticipated to last three to four days and will be presented to a jury.

8)  This Scheduling Order may be altered or amended only on a showing of good cause

not foreseeable at the time of the conference or when justice so requires;

Dated:

       April 9, 2008
       New York, New York


By: _____    By: _____
    David B. Rankin (DR 0863)        Mark D. Zuckerman (MZ 6844)
    Attorney for Plaintiffs        Attorney for Defendants
    350 Broadway, Suite 700        100 Church Street
    New York, NY 10013        New York, NY 10007
    t:212-226-4507        t: 212-442-8248


SO ORDERED:

_____
    Shira A. Scheindlin    4/9/08
        U.S.D.J.