UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X

JAMIE FAVARO, BARBARA ROSS, PHILLIP RASSMAN, MARILYN HORAN, PETER MEITZLER, and MICHAEL GREEN,

                                  Plaintiffs,    08 CV 1855 (SAS)

       -against-                               ECF Case

THE CITY OF NEW YORK, RAYMOND KELLY, Police Commissioner of the City of New York, NEW YORK CITY POLICE DEPARTMENT, P.O. JOHN and JANE DOE individually and in their official capacities (the names John and Jane Doe being fictitious, as the true names and number are presently unknown),

                                  Defendants.

------------------------------------------------------------------ X

**TO THE CLERK OF THE COURT:**

        **PLEASE TAKE NOTICE** that the undersigned, Assistant Corporation Counsel Michelle Goldberg-Cahn, appears as counsel for the defendant, the City of New York and requests to receive notice of all docket events via the Electronic Case Filing system.

        I certify that I am admitted to practice before this Court.

Dated:  New York, New York
          April 17, 2008

                                              MICHAEL A. CARDOZO
                                              Corporation Counsel of
                                                the City of New York
                                              Attorney for Defendants
                                              100 Church Street, Rm.5-158
                                             New York, New York 10007
                                             Email: migoldbe@law.nyc.gov
                                             Tel: (212) 788-0758
                                             Fax: (212) 791-9714

                                  By:       _____
                                             Michelle Goldberg-Cahn (MG-4490)
                                             Assistant Corporation Counsel